■ FRANK ZAMIARA, Respondent, v COLUMBIA BANKING SAVINGS &

LOAN ASSOCIATION, Appellant.—Order unanimously affirmed, with costs, on the opinion at Special Term, Schnepp, J. (Appeal from order of Monroe Supreme Court—summary judgment.) Present—Moule, J. P., Cardamone, Simons, Dillon and Witmer, JJ.